**James Patrick REEDOM,
Plaintiff–Appellant,**

v.

**Carolyn W. COLVIN, Acting Commissioner Social Security Administration, Defendant–Appellee.**

**No. 13–2423.**

United States Court of Appeals,
Fourth Circuit.

Submitted: March 27, 2014.

Decided: March 31, 2014.

James Patrick Reedom, Appellant Pro Se.

Alex Gordon, Assistant United States Attorney, Baltimore, Maryland; Craig Ormson, SOCIAL SECURITY ADMINISTRATION, Baltimore, Maryland, for Appellee.

Before MOTZ, Circuit Judge, and HAMILTON and DAVIS, Senior Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Patrick Reedom appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his civil complaint without prejudice for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. *Reedom v. Colvin,* No. 1:13–cv–02305–RDB (D.Md. Nov. 1, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*